IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| JOHN C. FOLEY, individually, and INTERIM HOLDINGS, L.L.C., | |
| Plaintiffs, | No. C02-4007-DEO |
| vs. | **ORDER** |
| ARGOSY GAMING COMPANY, a corporation, | |
| Defendant. | |

Following a scheduling conference with the parties, the following deadlines are entered to control the further administration of this case:

| | |
|---|---|
| Plaintiffs' expert disclosures due | June 16, 2006 |
| Discovery to be completed | June 16, 2006 |
| Defendant's expert disclosures due | July 17, 2006 |
| Dispositive motions to be filed | July 17, 2006 |
| Plaintiffs' rebuttal expert disclosures due | August 18, 2006 |
| Trial readiness deadline | September 16, 2006 |
| Final Pretrial Conference | October 18, 2006, 3:00 p.m. |
| Trial begins | November 1, 2006, 9:00 a.m. |

The parties may, by agreement, conduct expert discovery beyond the discovery deadline set forth above.

**IT IS SO ORDERED.**

**DATED** this 17th day of January, 2006.

PAUL A. ZOSS
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT